**Opinion issued February 10, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00082-CV**

———————————

## IN RE LEXINGTON 26, L.P. D/B/A COLINA HOMES, Relator

———————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

## MEMORANDUM OPINION

Relator, Lexington 26, L.P. d/b/a Colina Homes, has filed a petition for writ of mandamus, complaining of the trial court's February 2, 2023 order denying relator's motion for summary judgment.[1] We deny the petition.

---

[1] The underlying case is *Lexington Homes 26, L.P. d/b/a Colina Homes v. Dickinson Forty, LLC and Adams Homes Lone Star, LLC*, cause number 21-CV-0871, pending in the 405th District Court of Galveston County, Texas, the Honorable Jared S. Robinson presiding.

Real parties in interest are a group of homeowners who intervened in relator's lawsuit against other defendants, alleging that relator made affirmative misrepresentations to induce the homeowners to purchase their homes. Relator filed a traditional motion for summary judgment contending that the homeowners' claims were barred by former Property Code Section 5.014(d). The homeowners filed a response, and the trial court signed an order on February 2, 2023, denying relator's motion for summary judgment.

After reviewing the petition and mandamus record, we conclude that relator has failed to comply with certain procedural requirements. *See* TEX. R. APP. P. 52.3(j); 52.7(1)(1). Moreover, relators have not established entitlement to mandamus relief. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004).

Accordingly, we deny the petition. *See* Tex. R. App. P. 52.8. Any pending motions are denied as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.